## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Towamencin Township, :
                 Petitioner :
                                 :
          v. :           No. 789 C.D. 2020
                                 :
Pennsylvania Labor Relations Board, :
                 Respondent :

**PER CURIAM**                  **O R D E R**

       NOW, November 29, 2022, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is denied.